UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

ZAGG INC,                            **Case No.: 1:23-cv-21833-DPG**

        Plaintiff,

v.

TECHY DEALS INC. d/b/a AMAZON
RESELLER "SUNSHINE DEALS 123,"

        Defendant.
_____/

**PROPOSED SCHEDULING ORDER SETTING
CIVIL TRIAL DATE AND PRETRIAL SCHEDULE**

**THIS CAUSE** is set for trial during the Court's two week trial calendar beginning on **August 12, 2024**. The **Calendar Call** will be held at **9:30 a.m. on Wednesday, August 7, 2024**.

A **Status Conference** will be held at **10:00 a.m. on Wednesday, June 5, 2024**. The parties shall adhere to the following schedule:

1. Joinder of any additional parties and filing of motions to amend the complaint by **August 21, 2023**.

2. Written lists containing the names and addresses of all fact witnesses intended to be called at trial by **June 12, 2024**.

3. Parties shall disclose experts, expert witness summaries, and reports as required by Fed. R. Civ. P. 26(a)(2) by **January 12, 2024**.

4. Exchange of rebuttal expert witness summaries and reports as required by Fed. R. Civ. P. 26(a)(2) by **February 12, 2024**.

5. Parties shall select a mediator pursuant to Local Rule 16.2 and shall schedule a time, date, and place for mediation by **January 12, 2024**.

6. Fact discovery shall be completed by **March 12, 2024**.

7. Expert discovery shall be completed by **March 12, 2024**.

5

8. Dispositive motions, including those regarding summary judgment and Daubert, shall be filed by **April 12, 2024**.

9. Mediation shall be completed by **May 13, 2024**.

10. All pretrial motions and memoranda of law, including motions in limine, shall be filed by **June 12, 2024**.

11. Joint pretrial stipulation, proposed joint jury instructions, proposed joint verdict form, and/or proposed findings of fact and conclusions of law shall be filed by **July 12, 2024**.

Dated:  July 27, 2023                                        Respectfully submitted,


*/s/ Morgan T. Nickerson*                                    */s/ Joel H. Rosner*
Morgan T. Nickerson, Esq.                                    Joel H. Rosner, Esq.
(*Pro Hac Vice*)                                             (*Pro Hac Vice*)
morgan.nickerson@klgates.com                                  jrosner@tarterkrinsky.com
**K&L GATES LLP**                                            **TARTER KRINSKY & DROGIN LLP**
State Street Financial Center                                1350 Broadway
One Lincoln Street                                           New York, New York 10018
Boston, MA 021111                                            212-216-8000
(617) 261-3100                                               212-216-8001
(617) 261-3175

                                                             Lisa Paige Glass
Mallory M. Cooney                                            Florida Bar No. 71758
Florida Bar No. 125659                                       LGlass@GlassLawOfficePA.com
mallory.cooney@klgates.com                                   **GLASS LAW OFFICE, P.A.**
**K&L GATES LLP**                                            1279 West Palmetto Park Road, Ste. 273721
200 South Biscayne Boulevard, Suite 3900                     Boca Raton, FL 33486
Miami, Florida 33131                                         (561) 614-6060
(305) 539-3300                                               (561) 614-6061
(305) 358-7095

                                                             ***Attorneys for Defendant***
***Attorneys for Plaintiff***