UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

ZAGG INC,  **Case No.: 1:23-cv-21833-DPG**

      Plaintiff,

v.

TECHY DEALS INC. d/b/a AMAZON
RESELLER "SUNSHINE DEALS 123,"

      Defendant.
_____/

**ELECTION TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE
<u>FOR FINAL DISPOSITION OF MOTIONS</u>**

In accordance with the provisions of 28 U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter hereby voluntarily elect to have a United States Magistrate Judge decide the following motions and issue a final order or judgment with respect thereto:

| | | | |
|---|---|---|---|
| 1. | **Motion to Dismiss** | Yes ____ | No _X_ |
| 2. | **Motions for Summary Judgment** | Yes ____ | No _X_ |
| 3. | **All Pretrial Motions** | Yes ____ | No _X_ |
| 4. | **Discovery** | Yes ____ | No _X_ |
| 5. | **Other (*explain below*)** | Yes ____ | No _X_ |

7

| | |
|---|---|
| Dated:  July 27, 2023 | Respectfully submitted, |

*/s/ Morgan T. Nickerson*  
Morgan T. Nickerson, Esq.  
(*Pro Hac Vice*)  
morgan.nickerson@klgates.com  
**K&L GATES LLP**  
State Street Financial Center  
One Lincoln Street  
Boston, MA 021111  
(617) 261-3100  
(617) 261-3175  

Mallory M. Cooney  
Florida Bar No. 125659  
mallory.cooney@klgates.com  
**K&L GATES LLP**  
200 South Biscayne Boulevard, Suite 3900  
Miami, Florida 33131  
(305) 539-3300  
(305) 358-7095  

***Attorneys for Plaintiff***

*/s/ Joel H. Rosner*  
Joel H. Rosner, Esq.  
(*Pro Hac Vice*)  
 jrosner@tarterkrinsky.com  
**TARTER KRINSKY & DROGIN LLP**  
1350 Broadway  
New York, New York 10018  
212-216-8000  
212-216-8001  

Lisa Paige Glass  
Florida Bar No. 71758  
LGlass@GlassLawOfficePA.com  
**GLASS LAW OFFICE, P.A.**  
1279 West Palmetto Park Road, Ste. 273721  
Boca Raton, FL 33486  
(561) 614-6060  
(561) 614-6061  

***Attorneys for Defendant***